UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CHEATHAM,<br><br>    Plaintiff,<br><br>v.<br><br>JONES, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00475-GMN-EJY<br><br>**ORDER** |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court and has failed to file an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.[1]

Accordingly, IT IS HEREBY ORDERED that no later than **July 21, 2023**, Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff a one-time courtesy copy of this Order to Plaintiff at Three Lakes Valley Conservation Camp, 20825 Cold Creek Road, P.O. Box 208, Indian Springs, Nevada 89070.

DATED this 21st day of June, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."