UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CHEATHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>JONES, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00475-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Amend (ECF No. 31) filed on July 8, 2024. No response to this Motion was timely filed. Under Local Rule 7-2(d), the Court may treat the failure of the non-moving party to respond to a motion as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend (ECF No. 31) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must separate ECF No. 31-1 from ECF No. 31 and file the same as Plaintiff's First Amended Complaint.

IT IS FURTHER ORDERED that Defendants' response to Plaintiff's First Amended Complaint is due no later than **August 14, 2024**.

DATED this 24th day of July, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE