AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3370 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendant Dawn Jones,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL CHEATHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>JONES, et al.,<br><br>        Defendants. | Case No. 2:23-cv-00475-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff, Emmanuel Cheatham, and Defendant Dawn Jones, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

1

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered
3  moot.

4  DATED this 14th day of March, 2025.          DATED this 14 day of 3rd, 2025

                                                AARON D. FORD
                                                Attorney General

By: /s/ _____                        By: /s/ Nathan M. Claus
EMMANUEL CHEATHAM                               Nathan M. Claus (Bar No. 15889)
*Plaintiff*                                     Deputy Attorney General
                                                *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED this 15 day of April, 2025.